CECELIA L. SLATER, Appellant, *v.* JOHN SLATER et al., Respondents.

*Decedent's estate — action to set aside sale of stock belonging to estate.*

*Slater* v. *Slater*, 208 App. Div. 567, affirmed.

(Argued January 22, 1925; decided February 25, 1925.)

APPEAL from a judgment, entered April 14, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion by defendants for a dismissal of the complaint and granted said motion. The action was brought by Cecelia L. Slater, the widow and principal life beneficiary under the last will and testament of John Slater, deceased, to set aside as null and void a sale of 250 shares of stock in J. & J. Slater, a corporation, made in February, 1904, to the defendant John Slater. It was claimed by the plaintiff that such sale was upon an inadequate consideration and was violative of certain trusts set forth under the last will and testament of John Slater, deceased.

*John H. Gleason, John F. Gleason* and *John L. Lindsay* for appellant.

*Eugene Congleton* and *Auguste M. Thiery* for respondents.

Judgment affirmed, with costs, on opinion of MERRELL, J., below.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.